# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CITIMORTGAGE, INC., | Case No.: 2:21-cv-00352-ART-EJY |
| Plaintiff, | |
| vs. | **ORDER APPROVING** |
| FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE AGENCY OF NEVADA; DOES I through X; and ROES XI through XX, | **STIPULATION TO DISMISS CASE WITHOUT PREJUDICE** |
| Defendants. | |

Plaintiff, CitiMortgage, Inc. ("Plaintiff") and Defendants Fidelity National Title Group, Inc., Chicago Title Insurance Company and Chicago Title Agency of Nevada ("Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed without prejudice, with each party bearing its own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 20th day of April, 2023. | DATED this 20th day of April, 2023. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Dragon* | */s/ Kevin S. Sinclair* |
| Lindsay D. Dragon, Esq. | Kevin S. Sinclair, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 12277 |
| 7785 W. Sahara Ave., Suite 200 | 16501 Ventura Boulevard, Suite 400 |
| Las Vegas, NV 89117 | Encino, California 91436 |
| *Attorney for Plaintiff, CitiMortgage, Inc.* | *Attorney for Defendants, Fidelity National Title Group, Inc., Chicago Title Insurance Company and Chicago Title Agency of Nevada* |

**IT IS SO ORDERED.**

Dated this 24th day of April, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE